UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA         :

          v.                            :   Crim. No. 07-676 (DMC)

CARLOS A. ANTIGUA                :   <u>CONSENT ORDER SETTING
                                     CONDITIONS OF RELEASE</u>

        Defendant                :

Upon application by counsel for the Defendant, Oliver S. Storch, Esq. and joined in consent by the Government, as represented by Brian L. Urbano, Assistant United States Attorney, and with the consent of Pretrial Services, the court affirms the present application and orders the defendant released pending sentencing on the following bail and conditions or release:

1. That Defendant Carlos Alberto Antigua shall be released on a $100,000 Appearance Bond, which will be cosigned by the following individuals: Mrs. Euredice Antigua who resides at 2070 Union Street, Apartment #4F, Brooklyn, New York 11212; Mrs. Ruth E. Paulino who resides at 369 Hooper Street, Apt.#3, Brooklyn, New York 11211; Mr. Melvin Cespedes who resides at 1820 Harrison Avenue, Apt.#5J, Bronx, New York 10453; Mrs. Maria De Lourdes Suarez who resides at 1268 Myrtle Avenue, Apt.#1, Brooklyn, New York 11221. His mother, Mrs. Altagracia Taveras shall act as Third Party Custodian.

2. That Defendant Carlos Alberto Antigua shall be subject to the supervision by Pretrial Services and shall report to Pretrial Services in person or via telephone as directed by Pretrial Services.

3. That Defendant Carlos Alberto Antigua shall reside with his mother, Mrs. Altagracia Taveras at 30 Montrose Avenue, Brooklyn, New York 11206.

4. That Defendant Carlos Alberto Antigua shall surrender all travel documents, if any, prior to his release, that are not already in possession of the government, and shall not apply for any new travel documents.

5. That Defendant Carlos Alberto Antigua's travel shall be limited to the State of New Jersey for court appearances and visits to pretrial services only, and all other travel restricted to the State of New York.

6. That Defendant Carlos Alberto Antigua shall be subjected to drug testing and treatment as deemed appropriate by pretrial services.

7. All Bail requirements shall be satisfied prior to Defendant Carlos Alberto Antigua's release.

Dated: _____

_____
HON. DENNIS M. CAVANAUGH
United States District Judge


Consented and Agreed to by:

_____
Oliver S. Storch, Esq.
Counsel for Defendant Carlos Alberto Antigua

_____
Brian L. Urbano, Esq.
Assistant United States Attorney